**RELATED DDJ**  FILED

Name: Gwendolyn Hall

Address: 955 N. Lake Ave

Pasadena, CA 91104

Phone: No Phone

Fax:

In Pro Per

2024 APR 23 PM 2:20

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: _____ **rsm**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Hall

Plaintiff

v.

Los Angeles
Board of Supervisor's,
Executive Officer's

Defendant(s).

CASE NUMBER:

**2:24-CV-03357-JWH-AGR**

Complaints

( Enter document title in the space provided above)

The Board of Supervisor's and Executive Officer's have been the individuals backbone in committing medical Insurance, and Identity theft using my name. The Board of Supervisor's and Executive Officer's been providing the resources to Aid in the Financial Scams been ran in my name in Federal Court. Between Sept 2023 and Nov 2023 The executive Officer's went to the Basement where Claim's are Filed retrieved My Claims, and made Copies of My Claims, and the evidence Submitted. During this time, the woman assuming my Identity steal my Snap benefits, attain medical Insurance in my name, Get A Driver license in my name, steal my Sept 2023 check, and set it up to assume my Identity, and the executive Officer's Help.

Page Number    Page 1

Took Copies of the evidence From Executive Office.

I believe Race Played apart in the negligence of the Board of Supervisor, and Executive Officer's. The Executive Officer's Covered For a Hispanic man who has been using a Trust Fund In my name to Fund Friends In Deed, been using my medical Insurance, been using Government Phone In my name, Stealing, and Collecting Snap benefits in my name, and The Hispanic's in the Executive Office humiliated, degraded, and ridiculed me to help the Hispanic man assume my identity. The Executive Office Collected the evidence From me, and then turned the Documents over to the woman and man assuming my identity.

The Executive Office thought it was humorous, that The Individual's assuming my identity was denying me the necessities that I NEED.

The executive Officers Investigated, the allegations with the people assuming my identity. The people assuming my identity told the executive officers what to write on the Response, and the people assuming my identity stole the response's out the mail 2023.

Sedgwick Claims management Service was going to offer me a Settlement Supervisor Solis, and Wickham stopped the Settlement offer, that's how the Scam was ran in Federal Judge Otis Wright Court room 2016.

Supervisor Kathryn Barger Destroyed the evidence I should of Never step Foot in a Federal Court, because the Board of Supervisor's and Executive Officers have more evidence. Using The Government to Do the Investigation make the Case Stronger In Federal Court Judge Hall 4-22-2024

Page Number

Page 2

STATE
Jack Boyajian
626 792-9838

# CLAIMS FOR DAMAGES
# TO PERSON OR PROPERTY

**COUNTY OF LOS ANGELES**



**INSTRUCTIONS:**

1. Read claim thoroughly.
2. Fill out claim as indicated; attach additional information if necessary.
3. Please use one claim form for each claimant.
4. Return this original signed claim and any attachments supporting your claim. This form **must** be signed.

DELIVER OR U.S. MAIL TO:
EXECUTIVE OFFICER, BOARD OF SUPERVISORS, ATTENTION: CLAIMS
500 WEST TEMPLE STREET, ROOM 383,
KENNETH HAHN HALL OF ADMINISTRATION, LOS ANGELES, CA 90012
(213) 974-1440



TIME STAMP
OFFICE USE ONLY

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES
FILED
2023 OCT 20 P 1:42

| | |
|---|---|
| 1. ☐ Mr. ☑ Ms. ☐ Mrs.  LAST NAME: Hall    FIRST NAME: Gwendolyn    M.I. | 10. WHY DO YOU CLAIM COUNTY IS RESPONSIBLE? My name Was Put on Probation For a crime, that never occurred. The Judge Was Jame P. Cooper. After James P Cooper and George Gascon Conducted the illegal Court proceedings James P Cooper Was given a new bar # by the STATE BAr, and moved and Transferred to AIRport Court |
| 2. ADDRESS OF CLAIMANT: 955 N. Lake Ave | |
| CITY: Pasadena  STATE: Ca  ZIP CODE: 91104 | |
| HOME PHONE: (  )    ALTERNATE PHONE: (  ) | |
| 3. CLAIMAINT'S BIRTHDATE: March 16, 1970    4. CLAIMANT'S SOCIAL SECURITY NUMBER: 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 | |
| 5. ADDRESS TO WHICH CORRESPONDENCE SHOULD BE SENT: 955 N. Lake Ave | |
| STREET: Pasadena  CITY, STATE: Ca  ZIP CODE: 91104 | |
| 6. DATE AND TIME OF INCIDENT: ongoing | 11. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE): |
| 7. WHERE DID DAMAGE OR INJURY OCCUR? Criminal Court Building | NAME: George Gascon    DEPARTMENT: District ATTORNEY OFFice |
| STREET:  CITY, STATE:  ZIP CODE: | NAME: James P Cooper    DEPARTMENT: Judge |
| 8. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED AND LIST DAMAGES (attach copies of receipts or repair estimates): Attempt to DEFraud the Courts. District ATTORNEY George Gascon assigned my name to a District ATTORNEY, and Put My name on Calender. Illegal Court Proceedings Was Conducted. | 12. WITNESS(ES) TO DAMAGES OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION: |
| | NAME: Los Angeles County or Records    PHONE: (  ) |
| | ADDRESS: Los Angeles, Ca |
| | NAME:    PHONE: (  ) |
| | ADDRESS: |
| 9. WERE POLICE OR PARAMEDICS CALLED?  YES ☐  NO ☐ | 13. IF PHYSICIAN(S) WERE VISTED DUE TO INJURY, PROVIDE NAME, ADDRESS, PHONE NUMBER, AND DATE OF FIRST VISIT FOR EACH: |
| (IF YES) AGENCY'S NAME _____ REPORT # _____ | DATE OF FIRST VISIT:    PHYSICIAN'S NAME:    PHONE: (  ) |
| CHECK IF LIMITED CIVIL CASE ☐ | STREET:    CITY, STATE:    ZIP CODE: |
| TOTAL DAMAGES TO DATE    TOTAL ESTIMATED PROSPECTIVE DAMAGES | DATE OF FIRST VISIT:    PHYSICIAN'S NAME:    PHONE: (  ) |
| $_____    $_____ | STREET:    CITY, STATE:    ZIP CODE: |

**THIS CLAIM MUST BE *SIGNED***

*NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72)*

**CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN 6 MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)**

**ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)**

| 14. PRINT OR TYPE NAME: Gwendolyn Hall    DATE: 10-20-2023 | 15. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF GIVING RELATIONSHIP TO CLAIMANT: ____ b Sr Hall    DATE: 10-20-2023 |
|---|---|

Revised 11-2016

Theo's Comprehensive

kash911.com

Red Wing Shoes 3131 Colorado Bl

CVS Pharmacy 3131 Colorado

Liquid Hand Soap

Dial Complete antibacterial

Premium Cleaning Wipe

HH Hawthorn Hygiene Solutions

3130 Colorado

Centinela Feed & Pet Supply

Rocket = 76 Gas

Earth Natural 3303 Colorado Emergy

Cigarettes

3320 Colorado Impressions

3262 Colorado B1 Sherwin-Williams

Progress Brewing

Lavie Art Factory Direct
626-558-6437

Lanzetti custom upholstery

Bay Alarm 800-470-1000

Pilates Fitness

Yasmini Atacador, DDS Inc
626-795-4420
Dentist

ERUS ElectroLux = Ant
2990 E. Colorado 91107

Washington ABR2218
CLP      9GVT641

Kitchen by Design

Golden Liquor Mart = Velo Pasadena
CLP 51439E2   2895 97 Colorado

Chinese Cafe 2893 Colorado
Adidas (626)449.9681

Acupuncture 2887 Colorado B1
626-281-1588

Nice Day SPA Massage 626-899-6685
Security Officer Behavioral Health
2879 Colorado B1  Oseyo Shabu Shabu

2900 Colorado Poly Languages

EXT ART Center 110 E.Colorado

Sherwin-Williams Paints inc

CINTAS 4320 E. Miraloma
Anaheim CA 92807

USC MOM   Options for Youth Public Charter School

Grand Century Cruises
120 E. Colorado
626-666-6999

Stephen Lam Lic# 01968038
John S. Archibald Lic# 00996775
Guillermo Olaiz Lic# 01718986

Fu-Shing Chinese Szechwan
Cuisine

Ganahl Lumber   Amazon Fresh

El NIDO Plaza 949-637-1274

INDIGO      Saddleback Golf cars

People Ready A True blue Company=
Pasadena, CA  Sarasota, Fl

Primecut.com  800-775-Meat
34036W3   Arry business cprge

Prime Selection Johnson Fitness & Wellness

Day Spa inc

003 Pasadena
955 N LAKE AVE
PASADENA, CA 91104-4518

## COUNTY OF LOS ANGELES

Date: 10/31/2023
Case Name: GWENDOLYN C HALL
Case Number: B0CT598
Worker Name: Customer Service
Worker ID: 19DP03202B
Worker Phone Number: (866) 613-3777

## New Worker Letter

HAD THE worker give
Them Copies of my Driver
license Front, and Back

GWENDOLYN C HALL
955 N LAKE AVE
PASADENA, CA 91104-4518

As of  10/31/2023  , the worker(s) listed below are assigned to assist you. **You do not need to contact the county about this notice.**
If you need to contact the county, please remember to always have your case name and number available.

You may also view your case information through the internet at  www.benefitscal.org
or call the self-service automated system at:  (866) 613-3777

| Program | Worker Name | Worker ID | Phone Number |
|---|---|---|---|
| CalFresh | Customer Service | 19DP03202B | (866) 613-3777 |
| | Hours: | | |
| | Mailing Address:   955 N LAKE AVE, PASADENA, CA 91104-4518 | | |
| | Office Address:   955 N LAKE AVE, PASADENA, CA 91104-4518 | | |
| **Program** | **Worker Name** | **Worker ID** | **Phone Number** |
| | | | |
| | Hours: | | |
| | Mailing Address: | | |
| | Office Address: | | |
| **Program** | **Worker Name** | **Worker ID** | **Phone Number** |
| | | | |
| | Hours: | | |
| | Mailing Address: | | |
| | Office Address: | | |
| **Program** | **Worker Name** | **Worker ID** | **Phone Number** |
| | | | |
| | Hours: | | |
| | Mailing Address: | | |
| | Office Address: | | |
| **Program** | **Worker Name** | **Worker ID** | **Phone Number** |
| | | | |
| | Hours: | | |
| | Mailing Address: | | |
| | Office Address: | | |

CSF 163 (10/2020)

0000000435737115



THE Worker at DPSS made Copies before She (A Black woman)
Gave it to me.

